IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RULE 45 SUBPOENAS TO NON-PARTIES HERMITAGE GLOBAL PARTNERS LP and "WILLIAM BROWDER, DIRECTOR OF HERMITAGE GLOBAL PARTNERS LP"<br><br>In the Matter of<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PREVEZON HOLDINGS LTD., PREVEZON ALEXANDER, LLC, PREVEZON SOHO USA, LLC, PREVEZON SEVEN USA, LLC, PREVEZON PINE USA, LLC, PREVEZON 1711 USA, LLC, PREVEZON 1810, LLC, PREVEZON 2009 USA, LLC, PREVEZON 2011 USA, LLC, FERENCOI INVESTMENTS, LTD., KOLEVINS, LTD.,<br><br>    Defendants. | Misc. No. _____<br><br>[Underlying civil action filed in the U.S. District Court for the Southern District of New York, Case No. 1:13-cv-06325] |

### MOTION OF NON-PARTY HERMITAGE GLOBAL PARTNERS LP TO QUASH DEPOSITION SUBPOENAS AND TO AWARD FEES

Hermitage Global Partners LP ("Hermitage Global"), by and through its undersigned counsel, hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 45(d)(3) for an order quashing: (i) the non-party subpoena for the deposition testimony of Hermitage Global, purportedly served on Hermitage Global's registered agent on April 16, 2014; and (ii) the non-party subpoena for the deposition of "William Browder, Director of Hermitage Global Partners LP," purportedly served on Hermitage Global's registered agent on May 5, 2014 (the "Motion"),

both of which subpoenas were issued by defendants in the federal forfeiture action entitled *United States of America v. Prevezon Holdings Ltd., et al.*, Case No. 1:13-cv-06326 (the "Prevezon Defendants"), pending in the United States District Court for the Southern District of New York (the "SDNY Action").

For the reasons set forth more fully in the accompanying memorandum and papers submitted therewith, Hermitage Global seeks relief from this Court pursuant to Fed. R. Civ. P. 45(d)(3)(A) to quash the subpoenas, and to award fees and costs pursuant to Fed. R. Civ. P. 45(d)(1).

Dated: May 22, 2014
   Washington, D.C.

                             Respectfully submitted,

                             BROWN RUDNICK LLP

                             By: _____
                             Paul Enzinna (DC Bar No.: 421819)
                             601 Thirteenth Street NW
                             Suite 600
                             Washington, DC 20005
                             Telephone: (202) 536-1700
                             Facsimile:  (202) 536-1701
                             penzinna@brownrudnick.com

                             -and-

                             Mason C. Simpson (DC Bar No.: 485324)
                             Seven Times Square
                             New York, New York 10036
                             Telephone: (212) 209-4800
                             Facsimile: (212) 209-4801
                             msimpson@brownrudnick.com

                             *Attorneys for Hermitage Global Partners, LP*

906702