IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SUBPOENA DUCES TECUM ISSUED TO NON-PARTIES HERMITAGE GLOBAL PARTNERS LP AND WILLIAM BROWDER <br><br> PREVEZON HOLDINGS LTD., *et al.*, <br><br> Movants. | ) ) ) ) ) ) ) ) ) ) Misc. Case No. _____ ) ) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PREVEZON HOLDINGS LTD., *et al.*, <br><br> Defendants. | ) ) ) ) ) Civil Action No. 1:13-cv-06326 (TPG) ) (S.D.N.Y.) ) ) ) ) ) ) |

## MOTION TO COMPEL DISCOVERY

Movants (Defendants in Case No. 1:13-cv-06326 in the U.S. District Court for the Southern District of New York) Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, and Prevezon 2011 USA, LLC (collectively, the "Defendants"), hereby move for an Order under Federal Rule of Civil Procedure 45 and Local Rule 7 directing non-parties Hermitage Global Partners LP and William Browder to produce documents responsive to Defendants' Rule 45 Subpoenas served on April 16, 2014, and May 5, 2014, respectively, both of which are attached herein as Exhibits 7 and 8 to the Declaration of Seth Taube filed contemporaneously with this Motion to Compel Discovery and the Memorandum of Points and Authorities in Support of this Motion.

Pursuant to Local Rule 7(c), attached is a Proposed Order granting the Motion to Compel Discovery and ordering Hermitage Global Partners LP and William Browder to produce documents responsive to the Rule 45 Subpoenas.

Defendants also request an oral hearing on this Motion pursuant to Local Rule 7(f).

Pursuant to Local Rule 7(m), the parties to this miscellaneous action (Defendants and Hermitage Global Partners LP) have conferred in good faith to narrow the areas of disagreement. This Motion reflects the remaining areas of disagreement and will be opposed.

Dated: May 22, 2014
Washington, DC

John W. Moscow
BAKER & HOSTETLER L.L.P.
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Mark A. Cymrot
BAKER & HOSTETLER L.L.P.
Washington Square, Suite 1100
1050 Connecticut Ave.,
Washington, D.C. 20036
Telephone: (202) 861-1677
Facsimile: (202) 861-1783

Kyle Clark (DC No. 975304)
Nicholas Margida (DC No. 980324)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-1313
Facsimile: (202) 639-1189
kyle.clark@bakerbotts.com

Seth T. Taube (*pro hac* forthcoming)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
seth.taube@bakerbotts.com

*Attorneys for Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810 LLC, Prevezon 2009 USA, LLC, and Prevezon 2011 USA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May 2014, a true and correct copy of this Motion to Compel Discovery and attached Proposed Order was served via U.S. mail and electronic mail on counsel for Hermitage Global Partners LP at the following address:

Mason C. Simpson
Shoshana B. Kaiser
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
United States

and on the United States of America (Plaintiff in Case No. 1:13-cv-06326 in the U.S. District Court for the Southern District of New York) at the following address:

Paul Monteleoni
Christine Magdo
Andrew Adams
Assistant United States Attorneys
US Attorney's Office for the Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007.

Kyle Clark